1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

BRIAN ALAN MISQUEZ,                              )     No. C 07-4981 JSW (PR)
                                                 )
12                        Petitioner,            )
                                                 )
13          vs.                                  )     **ORDER TO SHOW CAUSE**
                                                 )
14   KEN CLARK, Warden,                          )
                                                 )
15                        Respondent.            )
                                                 )
16   _____                )

17
18

## INTRODUCTION

19              Petitioner, a prisoner of the State of California, currently incarcerated at California

20   Substance Abuse Treatment Facility in Corcoran, California, filed a habeas corpus petition

21   pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction.

22   Petitioner has paid the filing fee.  This order directs Respondent to show cause why the

23   petition should not be granted.

## BACKGROUND

24              According to the petition, Petitioner was convicted of murder after a jury trial in

25   Contra Clara County Superior Court in 2004.  Petitioner appealed his conviction to

26   California Court of Appeal.  Petitioner also filed a petition for review in the Supreme

27   Court of California.  According to the petition, the Supreme Court denied his petition in

28

2006.  The instant federal habeas petition was filed on September 26, 2007.

**DISCUSSION**

I    Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."  *Id.* § 2243.

II    Legal Claims

The petition raises the following ground for relief: the trial court's failure to remove a juror for cause violated Petitioner's rights to due process and trial by jury. Liberally construed, it does not appear from the face of the petition that Petitioner is not entitled to relief on his claims.  Accordingly, Respondent is ordered to respond to the petition as set forth below.

**CONCLUSION**

For the foregoing reasons and for good cause shown,

1.  The Clerk shall serve by certified mail a copy of this order and the petition, and all attachments thereto, on Respondent and Respondent's attorney, the Attorney General of the State of California.  The Clerk also shall serve a copy of this order on Petitioner.

2.  Respondent shall file with the Court and serve on Petitioner, within **sixty (60)** days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.  If Petitioner wishes to respond

1    to the answer, he shall do so by filing a traverse with the Court and serving it on

2    Respondent within **thirty (30)** days of his receipt of the answer.

3        3.  Respondent may file a motion to dismiss on procedural grounds in lieu of an

4    answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules Governing

5    Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court

6    and serve on Respondent an opposition or statement of non-opposition within **thirty (30)**

7    days of receipt of the motion, and Respondent shall file with the Court and serve on

8    Petitioner a reply within **fifteen (15)** days of receipt of any opposition.

9        4.  It is Petitioner's responsibility to prosecute this case.  Petitioner must keep

10   the Court informed of any change of address by filing a separate paper captioned "Notice

11   of Change of Address."  He must comply with the Court's orders in a timely fashion.

12   Failure to do so may result in the dismissal of this action for failure to prosecute pursuant

13   to Federal Rule of Civil Procedure 41(b)

14       IT IS SO ORDERED.

15   DATED:  January 30, 2008

16   _____
     JEFFREY S. WHITE
17   United States District Judge

18

19

20

21

22

23

24

25

26

27

28                                     3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRIAN ALAN MISQUEZ,

       Plaintiff,

  v.

KEN CLARK et al,

       Defendant.

_____/

Case Number: CV07-04981 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian A. Misquez
V57216
CSATF
P.O.Box 5246
Corcoran, CA 93212

Dated: January 30, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk