EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JULIET B. HALEY
Deputy Attorney General
State Bar No. 162823
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5960
  Fax: (415) 703-1234
  Email: juliet.haley@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRIAN ALAN MISQUEZ,** | C 07-4981 JSW (PR) |
| Petitioner, | **RESPONDENT'S ANSWER TO THE COURT'S ORDER TO SHOW CAUSE** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

Respondent hereby provides this Answer to the Order to Show Cause why the petition should not be granted.

**I.**

**CUSTODY**

Petitioner Brian Alan Misquez is lawfully in the custody of respondent within the meaning of the federal habeas corpus statute, 28 U.S.C. §§ 2241(c)(3) and 2254(d), pursuant to a valid judgment of the Contra Costa County Superior Court a Contra Costa County jury having found petitioner guilty of the second degree murder,

On October 29, 2004, petitioner was sentenced to 15 years to life in state prison. CT 283-284; RT 542-545. Petitioner appealed. His convictions were affirmed by the California Court of

1  Appeal on July 7, 2006.    Petitioner's petition for review was also summarily denied by the
2  California Supreme Court on October 11, 2006.
3        On September 26, 2007, petitioner filed the instant federal habeas petition in this Court.

## II.

## PROCEDURAL ISSUES

Petitioner has exhausted his state remedies as to the claims herein presented and the petition is timely.  28 U.S.C. § 2244(d).

## III.

## DENIAL OF CLAIMS

Respondent denies that petitioner suffered any deprivation of constitutional rights supporting habeas corpus relief.  Specifically, respondent denies the trial court's failure to remove a member of the jury denied petitioner his right to due process.

Respondent also enies that this claim entitles petitioner to relief because he has failed to establish that the state court's denial of these claims was either an unreasonable application of clearly established Federal law as determined by the United States Supreme Court or resulted in a decision based on an unreasonable determination of the facts in light of the evidence presented to the state courts. Respondent incorporates by reference the accompanying memorandum of points and authorities in support of this denial.

## IV.

## TRANSCRIPTS AND RECORDS

Copies of the transcript of petitioner's trial together with copies of the briefs filed on direct appeal have been lodged with this Court.  These documents constitute all relevant documents and hearing transcripts necessary for this Court's decision.  So far as respondent is aware, all relevant state reported proceedings have been transcribed. Rule 5, Rules Governing Section 2254 Case.

**CONCLUSION**

Accordingly, respondent respectfully requests that the petition be denied.

Dated: March 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Juliet B. Haley

JULIET B. HALEY
Deputy Attorney General

Attorneys for Respondent

JBH:jw/cfl
40230114.wpd
SF2008400413