1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5960
    Fax:  (415) 703-1234
8   Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

**BRIAN ALAN MISQUEZ,**                    C 07-4981 JSW (PR)

15

                              Petitioner,    **NOTICE OF LODGING OF,**
16                                           **AND INDEX TO, EXHIBITS**

17         **v.**

   **KEN CLARK, Warden,**
18

                              Respondent.
19

20        Respondent hereby submits the following exhibits to be lodged with the Clerk of the Court

21  in support of the Answer and supporting memorandum.

22            **RESPONDENT'S INDEX TO LODGED EXHIBITS**

23      EXHIBIT A:  Clerk's Transcript (3 Volumes);

24      EXHIBIT B:  Reporter's Transcript (13 Volumes);

25      EXHIBIT C:  State Court Opinion;

26      EXHIBIT D:  Appellant's Opening Brief;

27      EXHIBIT E:  Respondent's Brief;

28      EXHIBIT F:  Appellant's Reply Brief;

Notice Of Lodging Of, And Index To, Exhibits                        *Misquez v. Clark*
                                                                    C 07-4981 JSW (PR)

1    EXHIBIT G:   Petition for Review;

2    EXHIBIT H:   Order Denying Petition for Review.

3         Dated:  March 19, 2008

4                           Respectfully submitted,

5                           EDMUND G. BROWN JR.
                           Attorney General of the State of California

6                           DANE R. GILLETTE
                           Chief Assistant Attorney General

7                           GERALD A. ENGLER
                           Senior Assistant Attorney General

8

9                           PEGGY S. RUFFRA
                           Supervising Deputy Attorney General

10

11                          /s/ Juliet B. Haley

12                          JULIET B. HALEY
                           Deputy Attorney General

13                          Attorneys for Respondent

14

JBH/cfl

15    40230128.wpd

      SF2008400413

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice Of Lodging Of, And Index To, Exhibits                                    *Misquez v. Clark*
                                                                                C 07-4981 JSW (PR)